**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000656
28-APR-2025
07:51 AM
Dkt. 46 OGMD**

NO. CAAP-24-0000656


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


A.D., Petitioner-Appellee,
v.
T.D., Respondent-Appellant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FDA-24-0001514)


ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Respondent-Appellant T.D.'s April 24, 2025 Motion to Withdraw Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice. See Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, April 28, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge